FILED
CLERK, U.S. DISTRICT COURT

FEB 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

M. DAVID WERTHEIMER,           ) NO. CV 07-8158-MMM(E)
                               )
            Petitioner,        )
                               )
     v.                        ) JUDGMENT
                               )
DAVID M. DAVIES,               )
                               )
            Respondent.        )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____February 12_____, 2009.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE